# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-21-00472-CV

---

**In re Round Rock Independent School District, Board of Trustees of Round Rock Independent School District, Dr. Hafedh Azaiez, in his official capacity as Superintendent of Round Rock Independent School District, and Amy Weir, Amber Feller, Tiffanie Harrison, Dr. Jun Xiao, Dr. Mary Bone, Cory Vessa, Danielle Weston, in their official capacities as trustees of the Round Rock Independent School District**

---

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

---

## O R D E R

**PER CURIAM**

Relators have filed a petition for writ of mandamus and a motion for emergency stay. We grant the motion and stay the district court's temporary restraining order prohibiting the Round Rock Independent School District from enforcing its face mask requirement. *See* Tex. R. App. P. 52.10(a)–(b). We order the State to file a response to the petition for writ of mandamus no later than 5:00 P.M. on September 21, 2021.

It is ordered on September 17, 2021.

Before Justices Baker, Triana, and Smith